IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:20-cr-00002 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| KEVLIN AUNDREA POTTER | ) | |

## ORDER

Pending before this Court are Defendant's Sealed Notice of Sentencing Status and Joint Request to Cancel Status Conference (Doc. No. 39) and accompanying motion for leave to file under seal (Doc. No. 38). The motions are **GRANTED**. Accordingly, the status conference set for September 13, 2021, is **CANCELED**. The parties shall promptly notify the Court of any change that may affect the sentencing hearing scheduled for February 4, 2022.

Defendant shall remain on his current condition of release pending further order of the Court. The Defendant shall attend all Court hearings in this case. All other deadlines remain as previously scheduled.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE