# UNITED STATES DISTRICT COURT
for the

MIDDLE DISTRICT OF TENNESSEE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVLIN AUNDREA POTTER | ) | Case No: 3:20-CR-00002 |
| | ) | USM No: 16238-075 |
| Date of Original Judgment: 04/22/2022 | ) | |
| Date of Previous Amended Judgment: | ) | MICHAEL C. HOLLEY |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.    [x] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  57 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/22/2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/24/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William L. Campbell, Jr., Chief United States District Judge
*Printed name and title*